**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BAN ME THUOT HONEYBEE JSC, ET. AL. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | SUMMONS <br><br> Court No. 25-00085 |

TO:    The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1. (Name and standing of plaintiff):  Plaintiffs, Ban Me Thuot Honeybee JSC, Daklak Honeybee Joint Stock Company, Dak Nguyen Hong Exploitation of Honey Company Limited TA, Daisy Honey Bee Joint Stock Company, Hoa Viet Honeybee One Member Company Limited, and Hanoi Honeybee Joint Stock Company are foreign producer and exporters of the subject merchandise, raw honey from the Socialist Republic of Vietnam, which were subject to the antidumping duty administrative review that is contested here.  Plaintiffs were mandatory and non-mandatory respondents in the antidumping duty administrative review that is contested here.  Therefore, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A).  Plaintiffs actively participated in the administrative review through the submission of factual information and written argument and, thus, also are parties to the proceeding as defined in 19 C.F.R. § 351.102(b)(29)(i).  Therefore, Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiffs contest the final results of the U.S. Department of Commerce's antidumping duty administrative review in Raw Honey From the Socialist Republic of Vietnam for the period August 25, 2021, through May 31, 2023.

The contested determination was published as <u>Raw Honey From the Socialist Republic of Vietnam: Final Results of Antidumping Duty Administrative Review; 2021-2023</u>, 90 Fed. Reg. 15553 (April 14, 2025).

3.  <u>(Date of determination)</u>:  Commerce issued its final results on April 14, 2025.

4.  <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final determination in the *Federal Register* on April 14, 2025 (90 Fed. Reg. 15553).

                                                <u>/s/ Jonathan M. Freed</u>
                                                Jonathan M. Freed
                                                Didie Muller
                                                TRADE PACIFIC PLLC
                                                700 Pennsylvania Avenue, SE, Suite 500
                                                Washington, DC  20003
                                                Tel:  (202) 223-3760
                                                jfreed@tradepacificlaw.com

                                                *Counsel to Plaintiff*

<u>May 13, 2025</u>

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011); July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch – Civil Division
United States Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Jeanne E. Davidson, Esq.
Civil Division, Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC 20230