## UNITED STATES COURT OF INTERNATIONAL TRADE

|||
|---|---|
| BAN ME THUOT HONEYBEE JSC et al, | |
| Plaintiffs, | |
| v. | Court No. 25-00085 |
| UNITED STATES, | |
| Defendant. | |

## ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                                  Mario Toscano
                                                  Clerk of the Court

                                  By:    /s/ Scott Warner
                                                   Deputy Clerk

Date:  June 16, 2025
         New York, New York