UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BAN ME THUOT HONEYBEE JSC, ET AL.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant. | Before: Richard K. Eaton, Judge<br><br>Court No. 25-00085 |

## ORDER

Before the court are Plaintiffs' Motion for Leave to File Complaint Out of Time and to Vacate Dismissal Order, ECF No. 12; Defendant's Response, ECF No. 20; and Plaintiffs' Reply, ECF No. 23. Upon consideration of the motion, and the papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted, and the complaint attached to Plaintiffs' motion, ECF No. 12-2, is deemed filed as of the date of this order. A separate order will follow containing the court's reasoning; it is further

**ORDERED** that the Clerk of the Court is directed to vacate the Order of Dismissal, ECF No. 11; and it is further

**ORDERED** that the Form 24 Order for Statutory Injunction Upon Consent, ECF No. 10, remains in effect.

/s/ Richard K. Eaton
Judge

Dated: August 15, 2025
New York, New York