UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BAN ME THUOT HONEYBEE JSC, ET AL., | |
| Plaintiffs, | |
| and | Before: Richard K. Eaton, Judge |
| BAO NGUYEN HONEYBEE CO., LTD., ET AL., | Court No. 25-00085 |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**ORDER**

**WHEREAS** Plaintiffs and Plaintiff-Intervenors have filed an unopposed motion for a preliminary injunction ("PI Motion") to enjoin the liquidation of any entries by Plaintiffs or Plaintiff-Intervenors that are subject to the final results in *Raw Honey From the Socialist Republic of Vietnam: Final Results of Antidumping Duty Administrative Review; 2021-2023*, 90 Fed. Reg. 15,553 (Dep't of Commerce Apr. 14, 2025), as corrected in 90 Fed. Reg. 20,621 (Dep't of Commerce May 15, 2025). *See* Mot. for a Preliminary Injunction, ECF No. 22; and

**WHEREAS**, on August 15, 2025, the court vacated the dismissal of this case and clarified that the court's June 5, 2025, Form 24 Order for Statutory Injunction Upon Consent, ECF No. 10, suspending liquidation of Plaintiffs' entries, remained in effect; and

**WHEREAS** the existing statutory injunction, ECF No. 10, covers only Plaintiffs' entries; and

**WHEREAS** Defendant, though it withheld consent to the PI Motion, has indicated that "it

Court No. 25-00085
Page 2

may reconsider its position should the Court reinstate the case," PI Motion at 2;

**THEN**, upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that the PI Motion is denied, as moot, as to Plaintiffs; and it is further

**ORDERED** that the PI Motion is denied, without prejudice, as to Plaintiff-Intervenors; and it is further

**ORDERED** that Plaintiff-Intervenors confer with Defendant regarding the filing of a Form 24 Statutory Injunction Upon Consent that suspends liquidation of Plaintiff-Intervenors' entries; it is further

**ORDERED** that, should Defendant withhold its consent to the statutory injunction, Plaintiff-Intervenors may file a motion for a preliminary injunction.

       /s/ Richard K. Eaton
       Judge

Dated:    August 15, 2025
         New York, New York